

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00040-CV

Eldo E. **FREZZA**, M.D.,
Appellant

v.

Melissa **FLORES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVB000655D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Eldo E. Frezza, M.D.

SIGNED November 21, 2018.

_____
Rebeca C. Martinez, Justice